FILED: August 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4677

(2:12-cr-00010-D-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

PAUL GREGORY

   Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk